

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2018

No. 04-18-00346-CV

**POINT DEDICATED SERVICES, LLC,**
Appellant

v.

Ramon **MORENO,**
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 17-10-34832-MCV
Honorable Gloria Saldana, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order denying appellant's motion to compel arbitration. On June 7, 2018, we granted appellant's motion to stay proceedings in the trial court pending resolution of the appeal in this court or until further order of this court. On June 12, 2018, appellant filed a motion to abate our June 7, 2018 order because the trial court informed counsel that it intends to vacate its order denying the motion to compel arbitration and enter a new order granting appellant's motion to compel arbitration and staying proceedings in the trial court.

In light of this, we **GRANT** appellant's motion to abate for the limited purpose of allowing the trial court to enter a new order vacating its prior order and granting appellant's motion to compel arbitration and staying proceedings in the trial court. In all other respects, our June 7, 2018 order remains in full force and effect pending resolution of the appeal in this court or until further order of this court.

We **ORDER** the clerk of this court to serve a copy of this order on all counsel and the trial court.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court